Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 1 2025

SEAN F. MCAVOY, CLERK
————————, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>TYWON LYMON MARKS,<br><br>                    Defendant. | 1:25-CR-2019-MKD<br><br>INDICTMENT<br><br>Vio:  21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)<br>Possession with the Intent to Distribute 40 Grams of Fentanyl<br>(Count 1)<br><br>18 U.S.C. § 924(c)(1)(A)<br>Possession of a Firearm in Furtherance of Drug Trafficking<br>(Count 2)<br><br>21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about November 25, 2024, in the Eastern District of Washington, the Defendant, TYWON LYMON MARKS, knowingly possessed with intent to

INDICTMENT – 1

distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 2

On or about November 25, 2024, in the Eastern District of Washington, the Defendant, TYWON LYMON MARKS, did knowingly possess a firearm, that is: a Ruger model American, .45 caliber pistol bearing serial number 86122513, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute 40 Grams or more of Fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), as charged in Count 1, all in violation of 18 U.S.C. § 924(c)(1)(A).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in Count 1 of this Indictment, Defendant, TYWON LYMON MARKS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- $3,710.43 U.S. currency; and,
- a Ruger model American, .45 caliber pistol bearing serial number 86122513.

INDICTMENT – 2

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A), as set forth in Count 2 of this Indictment, Defendant, TYWON LYMON MARKS, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Ruger model American, .45 caliber pistol bearing serial number 86122513.

DATED this 11th day of March 2025.

A TRUE BILL

*Rich Barker*

Richard R. Barker
Acting United States Attorney

*Benjamin Seal*

Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 3